# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

MARYANN BARMORE, as Special
Administrator of MARK A. BARMORE,
Deceased,

               Plaintiff,

vs.

CITY OF ROCKFORD, a Municipal
Corporation, STAN NORTH, Individually
and as an Agent and/or Employee of the
CITY OF ROCKFORD, and ODA POOLE,
Individually and as an Agent and/or
Employee of the CITY ROCKFORD,

               Defendants.

COUNTY OF COOK,

               Respondent-in-Discovery.

) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )

**Case No. 09 CV**

Winnebago County Case No.: 09 L 386

## NOTICE OF REMOVAL

NOW COME the Defendants, CITY OF ROCKFORD, a municipal corporation, STAN
NORTH, individually and as an agent and/or employee of the CITY OF ROCKFORD, and ODA
POOLE, individually and as an agent and/or employee of the CITY OF ROCKFORD, by and
through their attorneys, City of Rockford Department of Law, Patrick W. Hayes, Legal Director
and Angela L. Hamner, Assistant City Attorney, and in support of its' Notice of Removal
pursuant to 28 U.S.C. §1446 states as follows:

1.      On October 8, 2009, the Plaintiffs filed a Complaint for Wrongful Death and
Survival Action to initiate the above-listed action.

2.     Plaintiff's Complaint alleges the Defendants deprived the Plaintiff's decedent of his rights, privileges, and Constitutional guarantees, including those codified by the 14th Amendment to the U.S. Constitution, during their exercise of government authority during an arrest, stop and/or attempted detention.

3.     The Plaintiff alleges the violations occurred in the City of Rockford, Winnebago County, Illinois.

4.     28 U.S.C. §1441 states, in part:

       (a)  Except as otherwise expressly provided by Act of Congress, any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending.

       (b)  Any civil action of which the district courts have original jurisdiction founded on a claim or right arising under the Constitution, treaties or laws of the United States shall be removable without regard to the citizenship or residence of the parties. Any other such action shall be removable only if none of the parties in interest properly joined and served as defendants is a citizen of the State in which such action is brought.

5.     The District Court for the Northern District of Illinois, Western Division has jurisdiction over this matter, pursuant to 28 U.S.C. §1441, and the Defendant's Notice of Removal of Action is timely filed.

6.     A copy of all process, pleadings, and orders served upon Defendant is filed with this notice.

7.     Defendant will give written notice of the filing of this notice and file a copy of the same with the Circuit Clerk of Winnebago County, in compliance with 28 U.S.C. §1446(d).

       WHEREFORE, the Defendant requests that this action be removed from the State of

Illinois, Circuit Court of the 17th Judicial Circuit, and proceed in this Court as an action in the

United States District Court for the Northern District of Illinois, Western Division.

Dated: October 13, 2009

Respectfully submitted,

City of Rockford Department of Law,

By: _Angela R. Hammer_
Angela L. Hammer, Assistant City Attorney

City of Rockford Department of Law
425 E. State Street
Rockford, Illinois 61104
(815) 987-5540

CC-200

# COUNTY OF WINNEBAGO
## NEW CASE INFORMATION SHEET

**CASE NO.:** 09 L 386

(Please Type or Print)
Sub-Case Type:

☒ (L)   ☐ (AR)   ☐ (LM)   ☐ (SC)   ☐ (TX)   ☐ (ED)   ☐ (MR)

☐ (CH)   ☐ (MC)   ☐ (AD)   ☐ (F)   ☐ (D)   ☐ (P)

**Case Type:** Wrongful Death

☐ With Children     ☐ W/O Children

**Jury Demand:**     **Total Maximum Claim Amount** $ in excess of $50,000.00
**Summons Issued:**

☐ Six        ☒ Twelve
☐ SH-W     ☐ PPS     ☐ None     ☐ Other

**1st Plaintiff:** MARYANNE BARMORE     **1st Defendant:** CITY OF ROCKFORD

**Address:** 1615 NOTRE DAME ROAD     **Address:** 425 EAST STATE STREET

**City:** CHICAGO     **State:** IL     **City:** ROCKFORD     **State:** IL

**ZIP** 61103     **Tele.#** (815) 639-9807     **ZIP** 61104     **Tele.#** (815) 987-5590

**Additional Plaintiff's:**     **Additional Defendant's:**

STAN NORTH, Individually and as Agent
and/or Employee of the CITY OF
ROCKFORD; and

ODA POOLE, Individually and as Agent
and/or Employee of the CITY OF
ROCKFORD.

**Attorney(s) for the Plaintiff(s) or Pro Se:** POWER ROGERS & SMITH, P.C. 7931

**Address:** 70 W. MADISON STREET, 55TH FLOOR

**City:** CHICAGO,     **State** IL     **ZIP:** 60602     **Tele.#** (312) 236-9381

**Filed this** 8 **Day of** OCTOBER 20 09

**First Return / CMC Date:** 1-7-10 9:00 a.m. Rm 412

Rev 11.6.08

SCANNED ON @ 10/08/2009

STATE OF ILLINOIS
IN THE CIRCUIT COURT OF THE 17ᵀᴴ JUDICIAL CIRCUIT
COUNTY OF WINNEBAGO

MARYANN BARMORE, as Special Administrator of
MARK A. BARMORE, Deceased,

      Plaintiff,

v.

CITY OF ROCKFORD, a municipal corporation; and
STAN NORTH, Individually and as an Agent and/or
Employee of the CITY OF ROCKFORD, ODA POOLE,
Individually and as Agent and/or Employee of the CITY
ROCKFORD,

      Defendants,

COUNTY OF COOK,

      Respondent-In-Discovery.

Case No. 09 L 384

JURY DEMANDED

FILED

Date: 10/8/09

*Marcus H. Klein*
Clerk of the Circuit Court

By: *M.S.* Deputy
Winnebago County, IL

## COMPLAINT AT LAW

NOW COMES Plaintiff MARYANN BARMORE, as Special Administrator of the Estate
of MARK A. BARMORE, Deceased, by and through her attorneys Power, Rogers & Smith,
P.C., and complaining of Defendants, in the hypothetical and the alternative, allege as follows:

### Count I
### (Wrongful Death)

1.    On or about August 24, 2009, and at all times relevant before and after said date,
the CITY OF ROCKFORD was a municipality which did business in the State of Illinois.

2.    On or about August 24, 2009, and at all times relevant before and after said date,
the CITY OF ROCKFORD screened, hired, trained, and employed police officers, investigators

1

SCANNED ON @10/08/2009

and detectives in its effort to meet its responsibility to serve and protect citizens living, visiting and enjoying Rockford.

3. On or about August 24, 2009, and at all times relevant before and after said date, the CITY OF ROCKFORD screened, hired, trained and employed police officers ODA POOLE and STAN NORTH.

4. On or about August 24, 2009, and at all times relevant before and after said date, the CITY OF ROCKFORD screened, hired, trained and employed detectives and investigators charged with investigating occurrences including, those involving the discharge of weapons by police officers upon citizens.

5. On or about August 24, 2009, and at all times relevant before and after said date, the CITY OF ROCKFORD, in screening, hiring training and employing police officers, investigators and detectives was acting under color of official authority.

6. On or about August 24, 2009, and at all times relevant before and after said date, Kingdom Authority International Ministries, located at 518 N. Court St. in Rockford, Illinois was physically connected to a day care center ("Day Care Center").

7. On or about August 24, 2009, and at all times relevant before and after said date, Ms. Sheila Brown operated and worked as the Director of the day care center physically connected to Kingdom Authority International Ministries.

8. On or about August 24, 2009, and at all times relevant, MARK A. BARMORE entered the day care center physically connected to Kingdom Authority International Ministries.

9. On or about August 24, 2009, and at all times relevant, police officers employed by Defendant, the City of Rockford Police Department arrived at the Day Care Center.

SCANNED ON @10/08/2009

10. On or about August 24, 2009, and at all times relevant, Rockford police officer ODA POOLE and/or STAN NORTH presented their weapon to MRS. SHEILA BROWN while at the glass door to the Day Care Center physically connected to Kingdom Authority International Ministries.

11. On or about August 24, 2009, and at all times relevant, Rockford police officer ODA POOLE and/or STAN NORTH gained entry to the Day Care Center and moved through the Day Care Center facility including entering the facility's "TODDLER ROOM," with one or more weapons drawn. (See Exhibit "A," adopted and incorporated herein.)

12. On or about August 24, 2009, and at all times relevant, Rockford police officer ODA POOLE and/or STAN NORTH shined his flashlight into the window of a closed door in a children's play area in the basement of the Day Care Center. (See Exhibit "B," adopted and incorporated herein.)

13. On or about August 24, 2009, and at all times relevant, Rockford police officer ODA POOLE and/or STAN NORTH were aware that several children were in the children's play area in the basement of the Day Care Center. (See Exhibit "B," adopted and incorporated herein.)

14. On or about August 24, 2009, and at all times relevant, Rockford police officer ODA POOLE and/or STAN NORTH kicked the closed door open and ordered MARK A. BARMORE to exit the room.

15. On or about August 24, 2009, and at all times relevant, MARK A. BARMORE exited the storage room and entered the children's play area through the doorway with his hands up in the air and with no weapon on his person.

3

SCANNED ON @1@10/08/2009

16. On or about August 24, 2009, and at all times relevant, as MARK A. BARMORE entered the children's play area with his hands up in the air and with no weapons, Rockford police officers ODA POOLE and/or STAN NORTH fired one or more of their weapons at MARK A. BARMORE.

17. On or about August 24, 2009, and at all times relevant, MARK A. BARMORE fell to the ground as a result of being fired upon by Rockford police officer ODA POOLE and/or STAN NORTH.

18. On or about August 24, 2009, and at all times relevant, as MARK A. BARMORE lay face down on the ground he was fired upon and struck in his buttocks and back by Rockford police officer ODA POOLE and/or STAN NORTH. (See Exhibit "C," adopted and incorporated herein.)

19. On or about August 24, 2009, and at all times relevant, no medical services were provided to MARK A. BARMORE by Rockford police officer ODA POOLE or STAN NORTH.

20. On or about August 24, 2009, and at all times relevant, neither Rockford police officer ODA POOLE nor STAN NORTH made a timely request for medical care and treatment for MARK A. BARMORE.

21. On or about August 24, 2009, and at all times relevant, responding medical personnel were directed away from the scene, further delaying medical care and treatment to MARK A. BARMORE.

22. On or about August 24, 2009, and at all times relevant, witnesses SHEILA BROWN and her minor daughter, MARISSA BROWN, a minor, were taken by ROCKFORD police department officers, detectives and/or investigators to the Rockford police station.

4

23.     On or about August 24, 2009, and at all times relevant, MRS. SHEILA BROWN and MARISSA BROWN, a minor, were isolated, interrogated, lied to, threatened and pressured like persons suspected of a crime instead of innocent witnesses to a shooting.

24.     On or about August 24, 2009, and at all times relevant, Rockford police officers, detectives and/or investigators removed, eliminated, and/or did not record the complete descriptions of the occurrences, as described by MRS. SHEILA BROWN and/or MARISSA BROWN.

25.     On or about August 24, 2009, and at all times relevant, Rockford police officers, detectives and/or investigators who responded to the scene of the shooting isolated, interrogated, and/or questioned children under 15 years of age, outside the presence of their parents regarding the events they witnessed.

26.     On or about August 24, 2009, and at all times relevant, Rockford police officers made statements to MRS. SHEILA BROWN, MARISSA BROWN, one or more of the minor children interrogated, and/or to the general public in attempt to disguise, misrepresent, hide and/or justify the actions of Rockford police officers ODA POOLE and STAN NORTH and demonize victim MARK A. BARMORE.

27.     On or about August 24, 2009, and at all times relevant, the CITY OF ROCKFORD engaged, requested, and/or solicited the COOK COUNTY State's Attorney's Office from the COUNTY OF COOK to investigate the circumstances surrounding the shooting of MARK A. BARMORE and/or the post-shooting investigation of the occurrence by the CITY OF ROCKFORD's police department officers, detectives and/or investigators.

28.     On or about August 24, 2009, and at all times relevant, under community pressures the CITY OF ROCKFORD engaged, requested, and/or solicited the ILLINOIS STATE

SCANNED ON @10/08/2009

police department to investigate the circumstances surrounding the shooting of MARK A. BARMORE and/or the post-shooting investigation of the shooting.

29. On or about August 24, 2009, and at all times relevant, MARK A. BARMORE was unarmed.

30. On or about August 24, 2009, and at all times relevant, MARK A. BARMORE surrendered to Rockford police officers ODA POOLE and STAN NORTH.

31. On or about August 24, 2009, and at all times relevant, MARK A. BARMORE did not struggle with Rockford police officer ODA POOLE and/or STAN NORTH.

32. On or about August 24, 2009, decedent MARK A. BARMORE died from gunshot wounds and the failure to timely receive medical care and treatment on August 24, 2009.

33. On or about August 24, 2009, Defendants, CITY OF ROCKFORD, by and through its employees and/or agents, officers, detectives and investigators, including, but not limited to Rockford police department officers ODA POOLE and STAN NORTH, acted in a reckless, willful and/or wanton manner, in one or more of the following respects:

a. Recklessly and without provocation shot decedent, MARK A. BARMORE; or

b. Recklessly conducted the search of the Day Care Center each with his gun drawn and finger on the trigger in violation of proper police procedures; or

c. Recklessly conducted the search of the premises with his gun drawn where children were present; or

d. Failed to follow proper police procedures; or

e. Recklessly fired at an unarmed person who posed no imminent threat of death or serious bodily harm; or

f. Failed to timely request medical care and treatment for MARK A. BARMORE; or

g. Turned responding medical personnel away from the scene, thereby delaying MARK A. BARMORE from receiving timely medical care and treatment; or

6

SCANNED ON @ 10/10/08/2008

h. Engaged in improper, inappropriate and arguably criminal interrogation techniques with witnesses; or

i. Engaged in an improper, inappropriate and arguably criminal cover-up of the actions of ODA POOLE and/or STAN NORTH to hide, conceal, and discourage the investigation and pursuit of criminal charges and claims against Rockford police officers ODA POOLE and STAN NORTH;

34. As a proximate result of one or more of the foregoing acts and/or omissions, Plaintiff's decedent MARK A. BARMORE suffered painful and fatal bodily injuries; suffered great physical and emotional distress; was disfigured and disabled; and ultimately died on August 24, 2009.

35. That Plaintiff's decedent MARK A. BARMORE was survived by one or more next of kin who sustained a pecuniary loss as a result of wrongful conduct and are heirs entitled to bring wrongful death causes of action related to his death.

36. Plaintiff has petitioned for appointment as Special Administrator of the Estate of MARK A. BARMORE, deceased, and brings this action pursuant to 740 ILCS 180/1 *et seq.*, commonly known as the Wrongful Death Act, for the benefit of the rightful heirs and/or next of kin of MARK A. BARMORE and all persons, estates, and entities, known and unknown, who are entitled to assert a claim.

**WHEREFORE,** the Plaintiff respectfully requests that this Court enter judgment in her favor and against defendants in an amount in excess of $50,000.00, as assessed by a jury, court costs, attorneys' fees, and all other legal and equitable remedies available under the law.

**Count II**
**(Survival Act)**

1. Plaintiff hereby adopts and re-alleges paragraphs 1-36 of Count I as if expressly set forth herein in Count II.

SCANNED ON @ 10/08/2009

37.    On or about August 24, 2009, and at all times relevant thereafter, the CITY OF ROCKFORD, Individually, and by and through one or more of its employees, officers, detectives and/or investigators, including, but not limited to police officers ODA POOLE and STAN NORTH, deprived MARK A. BARMORE of his rights, privileges, and Constitutional guarantees under color of authority by statute, ordinance, regulation, custom and/or usage.

38.    On or about August 24, 2009, and at all times relevant thereafter, the CITY OF ROCKFORD, Individually, and by and through one or more of its employees, officers, detectives and/or investigators, including, but not limited to police officers ODA POOLE and STAN NORTH, deprived MARK A. BARMORE, a free citizen, of his rights, privileges, and Constitutional guarantees, including those codified by the 14th Amendment to the U.S. Constitution, during their exercise of government authority during an arrest, stop and/or attempted detention.

39.    On or about August 24, 2009, and at all times relevant thereafter, the CITY OF ROCKFORD, Individually, and by and through one or more of its employees, officers, detectives and/or investigators, including, but not limited to police officers ODA POOLE and STAN NORTH, deprived MARK A. BARMORE of his life.

40.    On or about August 24, 2009, and at all times relevant thereafter, the CITY OF ROCKFORD, Individually, and by and through one or more of its employees, officers, detectives and/or investigators, including, but not limited to police officers ODA POOLE and STAN NORTH, deprived MARK A. BARMORE of his rights, privileges, and Constitutional guarantees under color of authority by statute, ordinance, regulation, custom and/or usage without any basis to believe he posed a threat of harm to them or any other person since he was unarmed and they did not observe him to be in possession of a weapon.

8

SCANNED ON @10/08/2009

41.    On or about August 24, 2009, and at all times relevant thereafter, the CITY OF

ROCKFORD, Individually, and by and through one or more of its employees, officers,

detectives and/or investigators, including, but not limited to police officers ODA POOLE and

STAN NORTH, deprived MARK A. BARMORE of his rights, privileges, and Constitutional

guarantees under color of authority by statute, ordinance, regulation, custom and/or usage

through the use of unwarranted, unnecessary and excessive and deadly force.

## RESPONDENT-IN-DISCOVERY

Plaintiff hereby identifies the following as a Respondents-In-Discovery:

COUNTY OF COOK

**WHEREFORE**, the Plaintiff respectfully requests that this Court enter judgment in her

favor and against defendants in an amount in excess of $50,000.00, as assessed by a jury, court

costs, attorneys' fees, and all other legal and equitable remedies available under the law.

POWER ROGERS & SMITH, P.C.

By: _____

Larry R. Rogers, Jr.

Larry R. Rogers Jr.
POWER ROGERS & SMITH, P.C.
70 W. Madison St., Suite 5500
Chicago, IL 60602
312 236-9381 office
312 827-4379 direct
312 236-0920 facsimile
Atty No. 31444 – (Cook County)
Atty. No. 4169 – (Winnebago County)

John F. Lyke, Jr.
Law Offices of John F. Lyke, Jr.
1505 E. 53rd Street, Suite 200
Chicago, IL 60602
(773) 955-0400 office
(773) 955-1951 fax

9

SCANNED ON @ 10/08/2009



PLAINTIFF'S EXHIBIT

A




PLAINTIFF'S
EXHIBIT
B





SCANNED ON @10/08/2009



STATE OF ILLINOIS
IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT
COUNTY OF WINNEBAGO

MARYANN BARMORE, as Special Administrator of )
MARK A. BARMORE, Deceased, )
)
    Plaintiff, )
)
v. )    Case No. 09 L 384
)
CITY OF ROCKFORD, a municipal corporation; and )
STAN NORTH, Individually and as an Agent and/or )
Employee of the CITY OF ROCKFORD, ODA POOLE, )
Individually and as Agent and/or Employee of the CITY )
ROCKFORD. )
)
    Defendants. )
_____ )
)
COUNTY OF COOK, )
)
    Respondent-In-Discovery. )

**JURY DEMAND**

Plaintiff hereby demands a trial by jury.

Respectfully Submitted,

POWER ROGERS & SMITH, P.C.

By: _____

John F. Lyke, Jr.
Law Offices of John F. Lyke, Jr.
1505 E. 53rd Street, Suite 200
Chicago, IL 60602
(773) 955-0400 office
(773) 955-1951 fax

Larry R. Rogers Jr.
POWER ROGERS & SMITH, P.C.
70 W. Madison St., Suite 5500
Chicago, IL 60602
312 236-9381 office
312 827-4379 direct
312 236-0920 facsimile
Atty. No. 31444 – (Cook County)
Atty. No. 4169 – (Winnebago County)

Date: 10 / 8 / 09
FILED
Thomas A. Klein
Clerk of the Circuit Court
By _____ Deputy
Winnebago County, IL



**THOMAS A. KLEIN**
Winnebago County Circuit Clerk
400 West State Street
Rockford, IL 61101

Page 1

| Case Number: | 2009-L-000386 | | Receipt Number: | 21246086 |
|---|---|---|---|---|

| Plaintiff | Defendant | Attorney |
|---|---|---|
| MARYANNE BARMORE<br>1615 NOTRE DAME ROAD<br>CHICAGO, IL 61103 | CITY OF ROCKFORD<br>425 EAST STATE ST<br>ROCKFORD, IL 61104 | POWER ROGERS & SMITH<br>70 WEST MADISON STREET<br>55TH FLOOR<br>CHICAGO, IL 60602-9381 |

| Agency: | | | Ticket: |
|---|---|---|---|

| Item | Fee | Category | Payor |
|---|---|---|---|
| 001 | 254.00 | Personal Injury | 1001 MARYANNE BARMORE |
| 002 | 212.50 | Jury Demand 12 Man | 1001 MARYANNE BARMORE |
| Total | 466.50 | | |

| | Account | Charge | Paid | Payment | Balance |
|---|---|---|---|---|---|
| AUTOMATION | | | | 15.00 | |
| CIRCUIT CLERK FILING FEES | | | | 160.00 | |
| COURT SERVICES / SECURITY | | | | 25.00 | |
| LIBRARY FEE | | | | 13.00 | |
| DOCUMENT STORAGE | | | | 15.00 | |
| COURT SYSTEMS | | | | 5.00 | |
| CHILDRENS WAITING ROOM FE | | | | 8.00 | |
| ARBITRATION | | | | 5.00 | |
| NEUTRAL SITE EXCHANGE FEE | | | | 8.00 | |
| CIRCUIT CLERK FILING FEES | | | | 212.50 | |
| Total | | | | 466.50 | |
| | | | | | |
| Check # 5983 | | Check Date 10/07/2009 | | Bond Used | |
| | | | | Cash | |
| | | | | Check | 466.50 |
| | | | | Total Tendered | 466.50 |
| | | | | Change Due | |
| | | | | Balance Due | .00 |

STATE OF ILLINOIS

IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT

COUNTY OF WINNEBAGO

MARYANN BARMORE, as Special Administrator of
MARK A. BARMORE, Deceased,

                    Plaintiff,

      v.

                    Case No. 09 L 386

CITY OF ROCKFORD, a municipal corporation; and
STAN NORTH, Individually and as an Agent and/or
Employee of the CITY OF ROCKFORD, ODA POOLE,
Individually and as Agent and/or Employee of the CITY
ROCKFORD.

                    Defendants.

COUNTY OF COOK,

                    Respondent-In-Discovery.

**Date:** 10 / 8 / 09
Clerk of the Circuit Court
**By** _____ , **Deputy**
Winnebago County, IL

F I L E D

## AFFIDAVIT

NOW comes Affiant, Larry R. Rogers, Jr., and being first duly sworn on oath, deposes and
states:

1. That he is one of the attorneys representing the Plaintiff, MARYANN BARMORE,
Individually and as Special Administrator of the Estate of MARK A. BARMORE,
deceased, in the above cause.

2. That he is familiar with the facts in the above cause.

3. That he has reviewed the available information relating to the money damages in
the above matter.

4. That based upon information and belief, the total money damages sought in the
above cause are worth in excess of Fifty Thousand Dollars ($50,000.00).

                    Larry R. Rogers, Jr.

Subscribed and sworn to before me
this 9th day of October 2009:

_____
Notary Public

OFFICIAL SEAL
CONCHETA C. RICHARDSON
Notary Public - State of Illinois
My Commission Expires Sep 30, 2012

Larry R. Rogers Jr.
POWER ROGERS & SMITH, P.C.
70 W. Madison St., Suite 5500
Chicago, IL 60602
312 236-9381 office
312 827-4379 direct
312 236-0920 facsimile
Atty No. 31444 - (Cook County)
Atty. No. 4169 - (Winnebago County)

John F. Lyke, Jr.
Law Offices of John F. Lyke, Jr.
1505 E. 53rd Street, Suite 200
Chicago, IL 60602
(773) 955-0400 office
(773) 955-1951 fax

STATE OF ILLINOIS
IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT
COUNTY OF WINNEBAGO

MARYANN BARMORE, as Special Administrator of
MARK A. BARMORE, Deceased,

        Petitioner,

v.

        Case No. 09 L 386

CITY OF ROCKFORD, a municipal corporation; and
STAN NORTH, Individually and as an Agent and/or
Employee of the CITY OF ROCKFORD, ODA POOLE,
Individually and as Agent and/or Employee of the CITY
ROCKFORD.

        Respondents.

COUNTY OF COOK,

        Respondent-In-Discovery.



Date: 10/8/09
_Norma L. Klein_
Clerk of the Circuit Court
By_____, Deputy
Winnebago County, IL

## PETITION TO APPOINT SPECIAL ADMINISTRATOR

Petitioners, MARYANN BARMORE and DEVIN BARMORE, move this Honorable Court
to appoint MARYANN BARMORE as Special Administrator of the Estate of MARK A.
BARMORE, Deceased. In support of said motion, Petitioners state as follows:

1.    Petitioner MARYANN BARMORE was the guardian of MARK A. BARMORE,
Deceased, who died on August 24, 2009, and has been selected by his brother, which is DEVIN
BARMORE to serve as Special Administrator of the Estate.

2.    No petition for letters of office has been filed.

3.    That MARK A. BARMORE died intestate and without leaving a will.

4.    That MARK A. BARMORE died as a result of the wrongful acts of another.

5.    That MARK A. BARMORE was not married at the time of his death.

6.    That MARK A. BARMORE is survived by next of kin who sustained pecuniary losses as a result of his death and whom are entitled to pursue a causes of action and claims under the Illinois Wrongful Death Act, including, but not limited to his brother, DEVIN BARMORE, who requests that this Court appoint MARYANN BARMORE, as representative of the Estate of MARK A. BARMORE, Deceased.

7.    That MARYANN BARMORE agrees to protect and pursue the claims of all heirs of MARK A. BARMORE.

8.    That Petitioners MARYANN BARMORE and DEVIN BARMORE seek an Order appointing MARYANN BARMORE Special Administrator of the Estate of MARK A. BARMORE Deceased for purposes of pursing claims on behalf of the decedent's heirs.

WHEREFORE, Petitioners, MARYANN BARMORE and DEVIN BARMORE, request that this Honorable Court appoint MARYANN BARMORE Special Administrator of the Estate of MARK A. BARMORE, Deceased, pursuant to 740 ILCS 180/2.1.

Respectfully submitted,

_____

John F. Lyke, Jr.
Law Offices of John F. Lyke, Jr.
1505 E. 53rd Street, Suite 200
Chicago, IL 60602
(773) 955-0400 office
(773) 955-1951 fax

Larry R. Rogers Jr.
POWER ROGERS & SMITH, P.C.
70 W. Madison St., Suite 5500
Chicago, IL 60602
312 236-9381 office
312 827-4379 direct
312 236-0920 facsimile
Atty No. 31444 – (Cook County)
Atty. No. 4169 – (Winnebago County)

2

## VERIFICATION

The undersigned, under penalties as provided by law pursuant to 735 ILCS 5/2-605 of the Code of Civil Procedure, certifies that the statements set forth herein are true and correct, except as to matters stated to be on information and belief and, as to such matters, certifies as aforesaid that she verily believe the same to be true.

Date: _____

MARYANN BARMORE, Special
Administrator of the Estate of MARK A.
BARMORE, Deceased

Attorneys for Plaintiff:

Larry R. Rogers Jr.
POWER ROGERS & SMITH, P.C.
70 W. Madison St., Suite 5500
Chicago, IL 60602
312 236-9381 office
312 827-4379 direct
312 236-0920 facsimile
Atty No. 31444 – (Cook County)
Atty. No. 4169 – (Winnebago County)

John F. Lyke, Jr.
Law Offices of John F. Lyke, Jr.
1505 E. 53rd Street, Suite 200
Chicago, IL 60602
(773) 955-0400 office
(773) 955-1951 fax

3

# VERIFICATION

The undersigned, under penalties as provided by law pursuant to 735 ILCS 5/2-605 of the Code of Civil Procedure, certifies that the statements set forth herein are true and correct, except as to matters stated to be on information and belief and, as to such matters, certifies as aforesaid that he verily believe the same to be true.

Date: _____

_____
DEVIN BARMORE, Petitioner

Attorneys for Plaintiff:

Larry R. Rogers Jr.
POWER ROGERS & SMITH, P.C.
70 W. Madison St., Suite 5500
Chicago, IL 60602
312 236-9381 office
312 827-4379 direct
312 236-0920 facsimile
Atty No. 31444 – (Cook County)
Atty. No. 4169 – (Winnebago County)

John F. Lyke, Jr.
Law Offices of John F. Lyke, Jr.
1505 E. 53rd Street, Suite 200
Chicago, IL 60602
(773) 955-0400 office
(773) 955-1951 fax

4

CC-1901

## STATE OF ILLINOIS
## IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT
## WINNEBAGO COUNTY

MARYANN BARMORE
Plaintiff

vs                                          )  Case No. _O9 L386_
                                            )
CITY OF ROCKFORD                            )
Defendant                                   )

**NOTICE OF MOTION**

To: _No APPEARANCE ON FILE_

Address: _____
              Street            City            Zip

On _October 14, 2009_, at _9:00 a.m._, or as soon thereafter as I may be

heard, I shall appear before the Honorable _Pirrello_ or any Judge

sitting in their stead, in the courtroom usually occupied by said Judge at the WINNEBAGO COUNTY

COURTHOUSE, 400 West State Street, Rockford, Illinois, 61101 Courtroom No. _412_.

**BRIEF STATEMENT OF MOTION**

_PETITION TO APPOINT SPECIAL ADMINISTRATOR_

I hereby swear or affirm that on the _____ day of

_____, _____ I sent by United

States Mail a copy of this Motion, in a sealed envelope with postage fully prepaid, to all parties

requiring notice to each party's respective last known address.

_____
Signature

Name: _POWER ROGERS + SMITH, P.C. / LAS_

Address: _70  W.  MADISON,  SUITE 5500_

City: _CHICAGO_                State: _IL_  Zip _60602_

Telephone: _312 236-9381_

CP 9.26.07

FILE STAMP

F I L E D

Date: _10/8/09_

_Noreen A. Klein_
Clerk of the Circuit Court
By: _RJ_ Deputy
Winnebago County, IL

STATE OF ILLINOIS

IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT

COUNTY OF WINNEBAGO

MARYANN BARMORE, as Special Administrator of
MARK A. BARMORE, Deceased,

        Plaintiff,

v.

CITY OF ROCKFORD, a municipal corporation; and
STAN NORTH, Individually and as an Agent and/or
Employee of the CITY OF ROCKFORD, ODA POOLE,
Individually and as Agent and/or Employee of the CITY
ROCKFORD.

        Defendants.

 

COUNTY OF COOK,

        Respondent-In-Discovery.

Case No. 09 L 386

**NOTICE OF FILING**

TO:   No Appearance on File

PLEASE TAKE NOTICE that on the **8th** day of **October, 2009**, we filed with the Clerk of
the Circuit Court of Winnebago County, Illinois, County Department, Law Division, *Petition to
Appoint Special Administrator*, a copy of which is attached hereto.

POWER ROGERS & SMITH, P.C.

By: _____
      Attorneys for Plaintiff

John F. Lyke, Jr.
Law Offices of John F. Lyke, Jr.
1505 E. 53rd Street, Suite 200
Chicago, IL 60602
(773) 955-0400 office
(773) 955-1951 fax

Larry R. Rogers Jr.
POWER ROGERS & SMITH, P.C.
70 W. Madison St., Suite 5500
Chicago, IL 60602
312 236-9381 office
312 827-4379 direct
312 236-0920 facsimile
Atty No. 31444 - (Cook County)
Atty. No. 4169 - (Winnebago County)

FILED

Date: 10 / 8 / 09
_____
Clerk of the Circuit Court
By _____ Deputy
   Winnebago County, IL

STATE OF ILLINOIS
IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT
COUNTY OF WINNEBAGO

MARY ANN BARMORE, as Special Administrator of
MARK A. BARMORE, Deceased,

       Plaintiff,

v.

CITY OF ROCKFORD, a municipal corporation; and
STAN NORTH, Individually and as an Agent and/or
Employee of the CITY OF ROCKFORD, ODA POOLE,
Individually and as Agent and/or Employee of the CITY
ROCKFORD,

       Defendants.

COUNTY OF COOK,

       Respondent-In-Discovery.

Case No. _09 L 386_

Date: _10 / 8 / 09_

F I L E D

By: _____
Clerk of the Circuit Court
_RCA_ Deputy
Winnebago County, IL

## NOTICE OF FILING

TO:   No Appearance on File

     PLEASE TAKE NOTICE that on the **8th** day of **October, 2009**, we filed with the Clerk
of the Circuit Court of Winnebago County, Illinois, County Department, Law Division,
**EMERGENCY PETITION FOR PROTECTIVE ORDER FOR PROTECTION,
PRESERVATION AND PRODUCTION OF AUDIOTAPES, VIDEOTAPES, POLICE
RADIO COMMUNICATIONS AND REPORTS AND OTHER THINGS,** a copy of which is
attached hereto.

                     POWER ROGERS & SMITH, P.C.

By: _____
       Attorneys for Plaintiff

Larry R. Rogers Jr.
POWER ROGERS & SMITH, P.C.
70 W. Madison St., Suite 5500
Chicago, IL 60602
312 236-9381 office
312 827-4379 direct
312 236-0920 facsimile
Atty No. 31444 – (Cook County)
Atty. No. 4169 – (Winnebago County)

John F. Lyke, Jr.
Law Offices of John F. Lyke, Jr.
1505 E. 53rd Street, Suite 200
Chicago, IL 60602
(773) 955-0400 office
(773) 955-1951 fax

STATE OF ILLINOIS

IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT

COUNTY OF WINNEBAGO

FILED

Date: 8 / 1 /09

By: _____
Clerk of the Circuit Court
_____ Deputy
Winnebago County, IL

MARY ANN BARMORE, as Special Administrator of
MARK A. BARMORE, Deceased,

        Plaintiff,

v.

CITY OF ROCKFORD, a municipal corporation; and
STAN NORTH, Individually and as an Agent and/or
Employee of the CITY OF ROCKFORD, ODA POOLE,
Individually and as Agent and/or Employee of the CITY
ROCKFORD.

        Defendants.

COUNTY OF COOK,

        Respondent-In-Discovery.

Case No. 09 L 38

**EMERGENCY PETITION FOR PROTECTIVE ORDER FOR PROTECTION,
PRESERVATION AND PRODUCTION OF AUDIOTAPES, VIDEOTAPES, POLICE
RADIO COMMUNICATIONS, REPORTS AND OTHER THINGS**

NOW COMES the Plaintiff, MARY ANN BARMORE as Special Administrator of the Estate

of MARK A. BARMORE, Deceased, by and through her attorneys, POWER, ROGERS & SMITH,

P.C., and moves this Honorable Court for the entry of a Protective Order requiring the protection,

preservation, and production of audiotapes, investigative reports, field notes, decedent's clothing,

ballistics evidence, videos officer/detective/investigator/ or other personnel generated field notes,

summaries; witness statements; officer statements; photographs; recordings; ballistics testing kits and

results; gun residue testing and results; guns used by, issued to, and maintained by the officers involved;

the uniforms of the officers involved; the audio transmissions and recordings of police/fire department

involved and responding officers; officer Oda Poole's cell phone records; Officer Tony North's cell phone

records; police and other investigation reports/summaries/notes (preliminary, supplemental, final, or otherwise) which have been and will be collected by the Rockford Police Department, and/or any other departments/agencies involved in your investigating the occurrence; and Coroner and autopsy reports and all tangible items relating to the shooting, injury and death of MARK A. BARMORE, and the subsequent investigations on August 24, 2009 at a daycare center within the Kingdom Authority International Ministries, located at 518 N. Court Street, in Rockford, Illinois. In support hereof, Plaintiff states as follows:

1.      On or about August 24, 2009, and at all times relevant, Plaintiff's decedent, MARK A. BARMORE, was in a storage room of the daycare center in the Kingdom Authority International Ministries, located at 518 N. Court Street, in Rockford, Illinois when Rockford police officer ODA POOLE and/or STAN NORTH kicked the closed door open and ordered MARK A. BARMORE to exit the room.

2.      MARK A. BARMORE exited the storage room and entered the children's play area through the doorway with his hands up in the air and with no weapon on his person. When he was shot by Rockford Officer ODA POOLE and/or STAN NORTH

3.      On or about August 24, 2009, Plaintiff's decedent, MARK A. BARMORE, died as a result of aforesaid incident.

4.      That police radio communications for Rockford Police Department are recorded by the City of Rockford and are believed to be in the possession of the City of Rockford.

5.      That upon information and belief, various police, fire department, and 911 radio communications, audio recordings, video recordings, and video camera surveillance from the involved officers' vehicle may have been taken of portions of the occurrence.

6.      That upon information and belief, there exists, certain investigation reports, police reports, witness statements, interview notes, field notes, videotapes, police car video and audio

recordings, photographs, videos and other documents relating to the incident and the investigation of the incident that is at issue, and said items are gathered by and maintained by the City of Rockford and its agencies, including the City of Rockford Police Department, and/or City of Rockford Fire Department.

7.    That upon information and belief, an investigation surrounding this incident may have been conducted which generated notes of witness interviews, police officers, and other persons.

8.    Additionally, Plaintiff seeks an order requiring officers ODA POOLE and STAN NORTH to preserve their cell phones and cell phone records for the day of the occurrence, as well as their weapons and clothing used and worn on the day of the occurrence.

9.    That on August 28, 2009, Plaintiff wrote to the CITY OF ROCKFORD Police Department regarding the need to preserve many of these items. (See Exhibit "A")

10.   That counsel for the CITY OF ROCKFORD confirmed receipt of the letter and acknowledged that the requested items would be preserved.

11.   That on October 2, 2006, the CITY OF ROCKFORD again acknowledged receipt of Plaintiff's counsel's correspondence and agreed to preserve all items in Plaintiff's August 28, 2009 letter, except now excluding items, 12, 14 and 15. (See Exhibit "B")

12.   That the destruction of the above items would prejudice plaintiffs ability to prove his case, and therefore, Petitioner seeks an Order of Protection requiring the preservation of the afore-described items, an Order precluding destruction, modification, or altering of any of the referenced items, and an Order requiring production of each of the aforedescribed items.

WHEREFORE, the Plaintiff prays that this Honorable Court enter an Order for the protection, preservation, and production of the following:

a.    Police, fire, emergency service radio communications for Rockford Police

3

Department investigators, squads, dispatchers, and all others related to the August 24, 2009 incident involving the attempted interview and/or arrest of MARK A. BARMORE, and his subsequent shooting and death at the daycare center within the Kingdom Authority International Ministries, located at 518 N. Court Street, in Rockford, Illinois;

b.      Rockford Police Department investigation reports, police reports, witness statements, interview notes, videotapes, photographs, general progress report forms, field notes and any other documents that in any way refer to the August 24, 2009, pursuit and shooting of MARK A. BARMORE;

c.      For any and all documents or tangible items relating to the incident referred to herein or preceding the entrance of the premises at 518 N. Court Street, in Rockford, Illinois and the shooting of MARK A. BARMORE.

Further, Plaintiff requests that this Court require the City of Rockford to preserve, maintain, protect, produce, and provide said documents and items within the next fourteen (14) days and to continue this matter for Status.

By: _____

Counsel for Plaintiffs

John F. Lyke, Jr.
Law Offices of John F. Lyke, Jr.
1505 E. 53rd Street, Suite 200
Chicago, IL 60602
(773) 955-0400 office
(773) 955-1951 fax

Larry R. Rogers Jr.
POWER ROGERS & SMITH, P.C.
70 W. Madison St., Suite 5500
Chicago, IL 60602
312 236-9381 office
312 827-4379 direct
312 236-0920 facsimile
Atty No. 31444 – (Cook County)
Atty. No. 4169 – (Winnebago County)

4

LAW OFFICES

POWER ROGERS & SMITH, P.C.

70 West Madison Street
55th Floor, Chicago
Illinois 60602-4212
TEL: 312 236-4212
FAX: 312 236-0920
www.prslaw.com

Joseph A. Power, Jr.
Larry R. Rogers
Todd A. Smith
Thomas G. Siracusa
Thomas M. Power
Larry R. Rogers, Jr.
Devon C. Bruce
Joseph W. Balesteri
Sean M. Houlihan
Brian LaCien
Carolyn Daley Scott

August 28, 2009

RE: *Mark Anthony Barmore, Deceased*

Dear Sir or Madam:

*Via Facsimile, Certified and Regular U.S. Mail*
Rockford Police Department
420 W. State Street, Suite 207
Rockford, IL 61101-1288

Please be advised that our offices have been retained by the family of Mark Barmore who was killed on August 24, 2009 at a church/day care center at 518 N. Court Street, in Rockford, California. The family members of Mark Barmore, are requesting preservation and production of any and all materials related to the August 24th occurrence, and your investigation of that occurrence. This request includes, but is not limited to, any and all:

1. Officer/detective/investigator/ or other personnel generated field notes, summaries;

2. Witness statements;

3. Officer statements;

4. Photographs;

5. Videos;

6. Recordings;

7. Ballistics testing kits and results;

8. Gun residue testing and results;

9. Guns used by, issued to, and maintained by the officers involved;

10. The uniforms of the officers involved;

11. The audio transmissions and recordings of police/fire department involved and responding officers;

12. Officer Oda Poole's cell phone records;



PLAINTIFF'S
EXHIBIT

tabbies®

LAW OFFICES

POWER ROGERS & SMITH, P.C.

August 28, 2009
Rockford Police Department
Page 2

13.     Officer Tony North's cell phone records;

14.     Police and other investigation reports/summaries/notes (preliminary, supplemental, final, or otherwise) which have been and will be collected by the Rockford Police Department, and/or any other departments/agencies involved in your investigating the occurrence; and

15.     Coroner and autopsy reports

Do know that this information is critical to our investigation of the circumstances surrounding the police shooting that resulted in the death of Mr. Barmore, and, should a claim be pursued and filed, would be critical evidence in any such action. The failure to preserve information and materials critical to the investigation and pursuit of a claim may constitute grounds for presenting an additional claim for "spoliation of evidence," and other related claims. Accordingly, please take all necessary steps to preserve all information related to the investigation of this occurrence, including the items identified above.

Thank you and should you wish to discuss this matter with me, feel free to contact me.

Sincerely,

POWER ROGERS & SMITH, P.C.

Larry R. Rogers, Jr.
LRJ/cr

City of Rockford, Illinois USA

October 2, 2009

Attorney Larry R. Rogers, Jr.
Power, Rogers & Smith, P.C.
70 West Madison Street
55th Floor
Chicago, IL 60602-4212

Dear Mr. Rogers:

### Re: In re: Mark A. Barmore, Deceased

I am responding to your letter of September 28, 2009 on behalf of Patrick Hayes in regard to the above-referenced matter. Please be advised that I will be handling all litigation-related matters in regard to Mr. Barmore's death from this point forward.

Your letter of the 28th requests informal production of documents related to the officer-involved shooting of Mr. Barmore on August 24, 2009. It has come to my attention that you have simultaneously filed with the City of Rockford Police Department a Freedom of Information Request for theses documents, as well. The Police Department's response to the request will be within the statutorily allotted time period and will also be the City's official response in this regard.

The City has also previously agreed to preserve documents and other tangible items within its possession and control. Obviously, we cannot preserve items and documents the originals of which we do not possess. Please be advised then that our prior agreement is qualified to exclude those items, specifically item numbers 12, 14 and 15. We will, of course, preserve duplicate copies of all items, which eventually come under either our possession or control at a later date.

If you have any questions or comments, please feel free to contact me at (815) 987-5540. Thank you for your cooperation in this matter.

Very Truly Yours,

Kerry F. Partridge
City Attorney

cc: Patrick W. Hayes, Legal Director

---

RECEIVED

OCT 0 6 2009

POWER ROGERS & SMITH P C



THE CITY OF
ROCKFORD
ILLINOIS USA

Patrick W. Hayes
Director
Legal Department



PLAINTIFF'S
EXHIBIT

tabbies®

425 East State Street Rockford, Illinois 61104-1068 USA
(815) 987-5540 (815) 967-6949 fax www.rockfordil.gov

CC-1901

# STATE OF ILLINOIS
## IN THE CIRCUIT COURT OF THE 17ᵀᴴ JUDICIAL CIRCUIT
### WINNEBAGO COUNTY

MARY ANN BARMORE
Plaintiff

VS

CITY OF CHICAGO
Defendant

Case No. 09 L 386

## NOTICE OF MOTION

To: NO APPEARANCE ON FILE

Address: _____

    Street      City      Zip

On _October 14, 2009_, at _9:00 a.m._ or as soon thereafter as I may be
heard, I shall appear before the Honorable _Pirrello_ or any Judge
sitting in their stead, in the courtroom usually occupied by said Judge at the WINNEBAGO COUNTY
COURTHOUSE, 400 West State Street, Rockford, Illinois, 61101 Courtroom No. _412_.

## BRIEF STATEMENT OF MOTION

EMERGENCY PETITION FOR PROTECTIVE ORDER FOR
PROTECTION, PRESERVATION AND PRODUCTION OF AUDIOTAPES,
VIDEOTAPES, POLICE RADIO COMMUNICATIONS AND REPORTS AND
OTHER THINGS

    I hereby swear or affirm that on the _____ day of _____, _____ I sent by United
States Mail a copy of this Motion, in a sealed envelope with postage fully prepaid, to all parties
requiring notice to each party's respective last known address.

_____
Signature

Name: POWER ROGERS + SMITH /MLT

Address: 70 W. MADISON, SUITE 5500

City: CHICAGO     State: IL   Zip 60602

Telephone: 312 236-9381

CF 9.26.07

FILE STAMP

F I L E D

Date: 10 8 109
_Norma A. Kleir_
Clerk of the Circuit Court
By: _RES_ Deputy
Winnebago County, IL

```
COURT DOCKET - WINNEBAGO COUNTY CIRCUIT CLERK                          )      1    CSP048
                                                                      )ate: 10/08/2009
                    Personal Injury                                          Time: 11/06/26
                                                                             Page:    1
2L09 L  000386   Judge: PIRRELLO RONALD L    From  0/00/0000 To 99/99/999
                                                                    User: RGILLETT
  Case Names                    Attorney Names                       Wsid: CICIL2019GO
BARMORE MARYANNE               POWER ROGERS & SMITH
            VS                                                      All Entries For
CITY OF ROCKFORD
NORTH STAN
POOLE ODA
  Date
10/08/2009   Personal Injury Fee $254.00    Amt $50000.00    FILED BY
             Atty POWER ROGERS & SMITH

10/08/2009   Jury Demand 12 Man Fee $212.50    FILED BY Atty POWER ROGERS & SMITH

10/08/2009   AFFIDAVIT-LARRY R ROGERS, JR. FILED BY Atty POWER ROGERS & SMITH
             Judge:PIRRELLO RONALD L    Clerk:RRT    M

10/08/2009   NOTICE OF FILING FILED BY Atty POWER ROGERS & SMITH
             Judge:PIRRELLO RONALD L    Clerk:RRT    M

10/08/2009   Petition TO APPOINT SPECIAL ADMINISTRATOR FILED BY
             Atty POWER ROGERS & SMITH
             Judge:PIRRELLO RONALD L    Clerk:RRT    M

10/08/2009   NOTICE OF MOTION FILED BY Atty POWER ROGERS & SMITH
             MOTION Oct 14,2009 09:00AM Rm412  Judge PIRRELLO
             Judge:PIRRELLO RONALD L    Clerk:RRT    M

10/08/2009   NOTICE OF FILING FILED BY Atty POWER ROGERS & SMITH
             Judge:PIRRELLO RONALD L    Clerk:RRT    M

10/08/2009   Petition FOR PROTECTIVE ORDER FOR PROTECTION, PRESERVATIN AND FILED BY
             Atty POWER ROGERS & SMITH
             PRODUCTION OF AUDIOTAPES, VIDEOTAPES, POLICE RADIO COMMUNICATIONS,
             REPORTS AND OTHER THINGS
             Judge:PIRRELLO RONALD L    Clerk:RRT    M

10/08/2009   NOTICE OF MOTION (RETURNABLE 10-14-09 @ 9:00AM RM 412) FILED BY
             Atty POWER ROGERS & SMITH
             Judge:PIRRELLO RONALD L    Clerk:RRT    M
```