# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION

| | | |
|---|---|---|
| MARYANN BARMORE, as Special Administrator of MARK A. BARMORE, Deceased, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | Court No. 09-cv-50236 |
| CITY OF ROCKFORD, a municipal corporation; and STAN NORTH, Individually and as an Agent and/or Employee of the CITY OF ROCKFORD, ODA POOLE, Individually and as Agent and/or Employee of the CITY ROCKFORD. | ) ) ) ) ) ) ) | Iain D. Johnston U.S. Magistrate Judge |
| Defendants. | ) | |

### ORDER

This cause coming on to be heard on Plaintiff's Motion to Secure a DNA Sample from Plaintiff's Decedent, the Plaintiff and City of Rockford being in agreement, the Court having been apprised that the Winnebago County Coroner's Office has confirmed that it is in possession of samples of blood from Mark Anthony Barmore that can be released for testing per court order:

THIS COURT HEREBY ORDERS:

The Winnebago County Coroner's Office is hereby authorized and instructed to provide a blood specimen to the laboratory known as "**ANY LAB TEST NOW**" for testing as requested by plaintiff, Mary Ann Barmore, Special Administrator of the Estate of Mark Anthony Barmore, deceased, or her counsel, Power Rogers & Smith, P.C.

On the Court's own motion, the Court retains jurisdiction of this case for an additional thirty (30) days to and including February 6, 2015.

_____
US Magistrate Judge, Iain D. Johnston

 January 7, 2015
Date